IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRACY GATSON, INDIVIDUALLY AND AS NEXT FRIEND OF MINOR B. G. AND APRIL GATSON INDIVIDUALLY AND AS NEXT FRIEND OF MINOR C. G.<br><br>VS.<br><br>RENEE LOUISE MCCOY AND QUAD/GRAPHICS, INC. | §§§§§§§§§§<br>CIVIL ACTION NO.2:15-cv-00630 |

## PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff **TRACY GATSON**, and files this Motion to Dismiss with Prejudice, and in support thereof would respectfully show unto the Court the following:

1. All matters in controversy between Plaintiff, **TRACY GATSON** and Defendants have been resolved, therefore there remain no issues requiring further proceedings before this Court as between Plaintiff, Tracy Gatson and said Defendants. As such, Plaintiff no longer desires to pursue this cause against Defendants, **RENEE LOUISE MCCOY AND QUAD/GRAPHICS, INC.** and instead desires to dismiss with prejudice all of her claims against **RENEE LOUISE MCCOY AND QUAD/GRAPHICS, INC.** Plaintiff respectfully requests that the Court dismiss this cause with prejudice to the refiling of same against Defendants, **RENEE LOUISE MCCOY AND QUAD/GRAPHICS, INC.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Motion be granted in its entirety, and that the above-referenced cause be dismissed with prejudice as to the refiling of same as to the claim of Plaintiff, **TRACY GATSON** against Defendants, **RENEE LOUISE MCCOY AND QUAD/GRAPHICS, INC.**, with any and all taxable costs of Court taxed against the party incurring same.

Respectfully submitted,

BADDERS LAW FIRM, PC
4002 North Street
Nacogdoches, Texas 75965
badders@badderslaw.com
(936) 564-6181   (Telephone)
(936) 564-8095   (Facsimile)

Jeff B. Badders
Bar I. D. No. 01496850
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic filing on this 22 day of September, 2016.

Jeff B. Badders