IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

TRACY GATSON, INDIVIDUALLY
AND AS NEXT FRIEND OF MINOR
B.G. AND APRIL GATSON
INDIVIDUALLY AND AS NEXT
FRIEND OF MINOR C.G.

CIVIL ACTION NO. 2:15-cv-00630

VS.

RENEE LOUISE MCCOY AND
QUAD/GRAPHICS, INC.

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came on to be considered Plaintiff, **TRACY GATSON's** Motion to Dismiss with Prejudice as to Defendants and the Court, having considered said Motion finds that it is well taken and should be GRANTED; it is therefore,

ORDERED, ADJUDGED AND DECREED that the claims of Tracy Gatson, in Plaintiffs' First Amended Petition in this cause are dismissed with prejudice as against Defendants.

It is further ORDERED that each party shall be responsible for bearing their own costs of court.

**SIGNED this 13th day of October, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE