## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

APRIL GASTON, ET AL.  §
  §
v.  §  Case No. 2:15-CV-0630-RSP
  §
RENEE LOUISE MCCOY  §

## ORDER

The Clerk is directed to close this case in view of the Order of Dismissal (Dkt. No. 76).

**SIGNED this 17th day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE